United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Doug Longhini, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-25231-Civ-Scola |
| | ) |
| Dade Plaza North, LLC, and others, | ) |
| Defendants. | ) |

### Order of Dismissal

Plaintiff Doug Longhini and Defendant Subway 30425, Inc. have dismissed this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal with Prejudice, ECF No. 20.)

The case remains **open** because the Plaintiff has not settled or dismissed his claims against Defendants Dade Plaza North, LLC and Wing Team, LLC.

**Done and ordered** in Miami, Florida, on February 18, 2021.

Robert N. Scola, Jr.
United States District Judge