**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:20-cv-25231

DOUG LONGHINI,

    Plaintiff,

v.

DADE PLAZA NORTH, LLC; WING TEAM, LLC; and SUBWAY 30425, INC.,

    Defendants.

_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, DOUG LONGHINI, and Defendant, WING TEAM, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines with regard to Defendant, WING TEAM, LLC. only.

    Respectfully submitted this 23rd day of February, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Todd W. Shulby* |
| ANTHONY J. PEREZ | Todd W. Shulby |
| GARCIA-MENOCAL & PEREZ, P.L. | Todd W. Shulby, P.A. |
| 4937 S.W. 74th Court, Unit #3 | 1792 Bell Tower Lane |
| Miami, FL 33155 | Weston, Florida 33326 |
| Telephone: (305) 553- 3464 | Telephone: (954) 530-2236 |
| Facsímile: (305) 553-3031 | Facsimile: (954) 530-6628 |
| Primary Email: ajperezlaw@gmail.com; | E-mail: tshulby@shulbylaw.com |
| aquezada@lawgmp.com | *Attorneys for Defendant, WING TEAM, LLC.* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 23rd, day of February 2021.

    Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com
aquezada@lawgmp.com;
crodriguez@lawgmp.com;

By: */s/ Anthony J. Perez*
      ANTHONY J. PEREZ