United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Doug Longhini, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-25231-Civ-Scola |
| | ) |
| Dade Plaza North, LLC, and others, Defendants. | ) |

**Order upon Notice of Settlement**

    The Plaintiff and Defendant Wing Team, LLC, Inc. have notified the Court that they have settled this matter. (ECF No. 22.) By **March 15, 2021,** the Plaintiff must file a notice of dismissal of his claims against Defendant Wing Team, LLC, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), or a stipulation of dismissal, under Rule 41(a)(1)(A)(ii).

    If the Plaintiff files a stipulation of dismissal under Rule 41(a)(1)(A)(ii) and the parties wish to have this Court retain jurisdiction to enforce any settlement agreement, the stipulation of dismissal must include the following sentence: "The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement." This sentence is necessary because a stipulation of dismissal is otherwise self-executing and deprives the Court of jurisdiction to do anything further. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

    This case shall **remain open** as the Plaintiff has not dismissed or settled this case with respect to Defendant Dade Plaza North, LLC.

    **Done and ordered** in Miami, Florida, on February 23, 2021.

Robert N. Scola, Jr.
United States District Judge