## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-25231

DOUG LONGHINI,

      Plaintiff,

v.

DADE PLAZA NORTH, LLC; WING TEAM, LLC; and SUBWAY 30425, INC.,

      Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, WING TEAM, LLC

Plaintiff, DOUG LONGHINI, and Defendant, WING TEAM, LLC., hereby stipulate to the dismissal of this matter with prejudice as to Defendant, WING TEAM, LLC only.

Dated: March 12th, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Todd William Shulby* |
| ANTHONY J. PEREZ | TODD WILLIAM SHULBY |
| Florida Bar No. 535451 | Florida Bar No.: 68365 |
| GARCIA-MENOCAL & PEREZ, P.L. | TODD W. SHULBY, P.A. |
| 4937 SW 74th Court, No. 3 | 1792 Bell Tower Lane |
| Miami, Florida 33155 | Weston, FL 33326 |
| E-Mail: ajperezlaw@gmail.com; | 954 530-2236 |
| aquezada@lawgmp.com | Fax: 954 530-6628 |
| Telephone: (305)553-3464 | Email: tshulby@shulbylaw.com |
| Facsimile: (305) 553-3031 | *Attorney for Defendant, WING TEAM LLC* |
| *Attorney for Plaintiff* | |