UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-25231-RNS

DOUG LONGHINI,

    Plaintiff,

vs.

DADE PLAZA NORTH, LLC et al,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, and Defendant, DADE PLAZA NORTH, LLC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice.  Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this December 2, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* <br> ANTHONY J. PEREZ, ESQ. <br> Florida Bar No.: 535451 <br> GARCIA-MENOCAL & PEREZ, P.L. <br> 4937 S.W. 74th Court <br> Miami, FL 33155 <br> Telephone: (305) 553- 3464 <br> Email:  ajperez@lawgmp.com <br> *Attorney for Plaintiff Carlos Brito* | /s/ *Thomas L. Abrams* <br> THOMAS L. ABRAMS, ESQ. <br> Florida Bar No. 764329 <br> 633 S. Andrews Ave #500 <br> Fort Lauderdale, Florida 33301 <br> Phone: (954) 523-0900 <br> Email: tabrams@tabramslaw.com <br> *Counsel for Defendant Dade Plaza North, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this December 2, 2021.

    Respectfully submitted,

    **GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com; dramos@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ