UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-25231

DOUG LONGHINI,

      Plaintiff,
v.

DADE PLAZA NORTH, LLC; WING TEAM, LLC; and SUBWAY 30425, INC.,

      Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, DADE PLAZA NORTH, LLC

Plaintiff, DOUG LONGHINI, and Defendant, DADE PLAZA NORTH, LLC, hereby stipulate to the dismissal of this matter with prejudice as to Defendant, DADE PLAZA NORTH, LLC only.

Dated: December 21, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Thomas Louis Abrams* |
| ANTHONY J. PEREZ | THOMAS LOUIS ABRAMS |
| Florida Bar No. 535451 | Florida Bar No.: 764329 |
| GARCIA-MENOCAL & PEREZ, P.L. | GAMBERG & ABRAMS |
| 4937 SW 74th Court, No. 3 | 1776 N. Pine Island Road |
| Miami, Florida 33155 | Suite 215 |
| E-Mail: ajperez@lawgmp.com; dperaza@lawgmp.com | Plantation, FL 33322 |
| Telephone: (305)553-3464 | 954-523-0900 |
| Facsimile: (305) 553-3031 | Fax: 954-915-9016 |
| | Email: tabrams@tabramslaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant, DADE PLAZA NORTH LLC* |